This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                          **NO. A-1-CA-36236**

**GERALD JOHNSON, JR.,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Stan Whitaker, District Judge**

Hector H. Balderas, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellee

Law Office of Scott M. Davidson, Ph.D
Scott M. Davidson
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}     Defendant Gerald Johnson, Jr. appeals following re-sentencing upon remand by this Court and asserts on appeal the district court erred by denying him the opportunity to allocute and to present mitigating evidence at his resentencing. [3 RP 553; DS 3-4] This Court issued a notice proposing to summarily reverse. [CN 1, 3-4] The State filed a response indicating it will not file a memorandum in opposition to our notice of proposed disposition. Therefore, based on the reasons set forth in this Court's notice of proposed disposition, we reverse.

{2}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Chief Judge**


_____
**STEPHEN G. FRENCH, Judge**